IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAXINE BARELA SCHMOCK,

       Plaintiff,

v.                                                                                                                                                                                      No. 1:17-CV-575-JCH-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

       Defendant.

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines [Doc. No. 15], filed November 3, 2017. Also on November 3, 2017, Plaintiff submitted two (2) proposed orders granting her motion for extension. The first proposed order reflected the filing deadlines set forth in the motion at bar, namely, November 9, 2017, for Plaintiff's motion to reverse or remand, January 8, 2018, for Defendant's response, and January 22, 2018, for Plaintiff's reply.

Explaining that the deadline requests for Defendant's response and Plaintiff's reply were improperly calculated due to a clerical error, Plaintiff submitted a second proposed order which modified Defendant's response deadline to December 11, 2017, and Plaintiff's deadline to file a reply, if any, to December 19, 2017. The Court did not receive an amended motion to extend briefing deadlines; however, Defendant's approval of the amended deadlines is noted on Plaintiff's second proposed Order on Unopposed Motion for Extension of Time. Accordingly, the Court FINDS and CONCLUDES that Plaintiff's Unopposed Motion to Extend Briefing Deadlines [Doc. No. 15] should be granted in part and denied in part.

**IT IS, THEREFORE, ORDERED** that Plaintiff's request to extend briefing deadlines is **GRANTED**, as modified by the second proposed order submitted by Plaintiff. Plaintiff shall file and serve her motion to reverse or remand agency decision together with a supporting memorandum of law on or before **November 9, 2017**. Defendant shall file and serve her response on or before **December 11, 2017**, and Plaintiff may file and serve her reply, if any, on or before **December 19, 2017**.

**IT IS FURTHER ORDERED** that Plaintiff's request to extend the response deadline to January 8, 2018, and the reply deadline to January 22, 2018, is **DENIED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE