# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MAXINE BARELA SCHMOCK,

      Plaintiff,

vs.                                                   No. 1:17-CV-00575-JCH-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDED DISPOSITION OF THE MAGISTRATE JUDGE

THIS MATTER comes before the Court upon Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17), filed November 9, 2017. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Kevin R. Sweazea who entered Proposed Findings of Fact and [a] Recommended Disposition ("PFRD") (Doc. 23) on April 18, 2018. As detailed in the PFRD, Judge Sweazea recommended that the Court grant Plaintiff's Motion and he notified the parties of their right to file written objections pursuant to 28 U.S.C. § 636(b)(1)(C). Neither party objected to the PFRD and the deadline for so doing expired on or about May 2, 2018. Having reviewed the record, the Court determines that it will adopt the PFRD in its entirety and grant Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Proposed Findings of Fact and Recommended Disposition (Doc. 23) is hereby ADOPTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17) is hereby GRANTED and this case is REMANDED to the Commissioner for further proceedings consistent with the Magistrate Judge's PFRD.

_____
**JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**